## (March 4, 1976)

■ ISABELLA W. CRAWFORD et al., Appellants, v AMTEL, INC., Respondent, et al., Defendants.—Order, Supreme Court, New York County, entered on June 19, 1973, unanimously affirmed on the memorandum decision of Gellinoff, J., at I.C. Part, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY LANGELLA, Appellant.—Judgment, Supreme Court, New York County, rendered on July 24, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Capozzoli, JJ. [82 Misc 2d 410.]

■ ASSOCIATED BUILDERS AND OWNERS OF GREATER NEW YORK, INC., et al., Respondents, WESTMINSTER HALL, Intervenor-Respondent, v RENT GUIDELINES BOARD OF THE CITY OF NEW YORK et al., Appellants. BLAG HOLDING Co., on Behalf of Itself and All others Similarly Situated, Respondents, JAMAL ESTATES, Intervenor-Respondent, v ROGER STARR, Individually and as Administrator of the Housing and Development Administration of New York City, et al., Appellants.—Orders entered in the Supreme Court, New York County, on July 31, 1975 and July 30, 1975, respectively, unanimously affirmed for the reasons stated by Special Term, without costs or disbursements. The orders appealed from (two similar proceedings were consolidated for disposition, hence, two entry dates) denied appellants' cross motions to dismiss the supplemental petitions for failure to state a cause of action. Special Term did not treat the application as one for summary judgment pursuant to CPLR 3211 (subd [c]). We have, therefore, considered only the allegations of the petition and not the merits. In our view the supplemental petitions are sufficient. (See *Matter of Lakeland Water Dist. v Onondaga County Water Auth.,* 24 NY2d 400.) Concur—Murphy, J. P., Birns, Silverman, Lane and Nunez, JJ.